UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Fernando J. Gaitan, Jr., at Kansas City, MO

UNITED STATES OF AMERICA             Case No:  05-00183-04-CR-W-FJG
vs.
MARTINUS ANTON SAYLES                Date:  Thursday, June 15, 2006

Plaintiff Counsel                    Defendant Counsel
John E. Cowles, AUSA                 Michael Gunter, appt.


Time Commenced:   10:30 a.m.         Time Terminated: 11:00 a.m.
                   **TOTAL TIME**: 30 minutes
-------------------------------------------------------------------------------------------------------------------
 x   Defendant sworn.
 x   There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed
     with the Court:  Defendant objects to 3 level enhancement for role as a manager.  Argument
     presented.  Based on the information before the Court, the Court sustains defendant's
     objection.  Guideline provision is amended to 24 to 30 months.

 x   Counsel make statements regarding sentences to be imposed.
 x   Defendant makes statement on his/her own behalf.  Defendant's mother addresses the Court
     on behalf of her son.

 x   Allocution granted.

The Defendant is sentenced to Count(s) one .

INCARCERATION:
 x   The Court hereby orders the defendant to serve the following term of incarceration with the
     FBOP Thirty (30) Months.
 x   Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
 x   The Court hereby orders the defendant to the following term of Supervised Release.
     Five (5) Years.

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:
 x   The following special conditions of Supervised Release or Probation are:  (see J&C)

FINE:
 x   Fine Waived.

RESTITUTION:

 x    The Court imposes the following Restitution: $51,045.10 jointly and severally with co-defendants payable to victims as listed in the J&C.  Lump sum payment due immediately.  If unable to pay the full amount immediately, the defendant shall make payments of 10% of earnings while incarcerated, and monthly payments of $100.00 or 10% of net income, whichever is greater, while on supervision.

SPECIAL ASSESSMENT:

 x    The Court imposes the following Special Assessment:  $100.00 due immediately.

 x    The Court advises the Defendant he/she has the right to appeal.

Court Reporter/ERO: Donna Turner          Bonnie J. Rowland, Relief Courtroom Deputy